People v Stirman (2021 NY Slip Op 50367(U))

[*1]

People v Stirman (Coleton)

2021 NY Slip Op 50367(U) [71 Misc 3d 134(A)]

Decided on April 27, 2021

Appellate Term, First Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on April 27, 2021
SUPREME COURT, APPELLATE TERM, FIRST
DEPARTMENT

PRESENT: McShan, J.P., Brigantti, Hagler, JJ.

570143/16

The People of the State of New York,
Respondent, 
against
Coleton Stirman, Defendant-Appellant.

Defendant appeals from a judgment of the Criminal Court of the City of New York, New
York County (Denise M. Dominguez, J. at plea; Heidi C. Cesare, J. at sentencing), rendered
February 3, 2016, convicting him, upon his plea of guilty, of stalking in the fourth degree, and
imposing sentence.

Per Curiam.
Judgment of conviction (Denise M. Dominguez, J. at plea; Heidi C. Cesare, J. at sentencing),
rendered February 3, 2016, reversed, on the law, and the accusatory instrument dismissed.
We agree with defendant that the accusatory instrument charging stalking in the fourth
degree (see Penal Law § 120.45[2]) was jurisdictionally defective. The instrument
failed to contain allegations to support an essential element of the offense, namely, that defendant
followed, telephoned or initiated contact with the victim after he "was previously clearly
informed to cease that conduct" (Penal Law § 120.45[2]; see People v Stuart, 100
NY2d 412, 427 [2003]). While the instrument alleges that defendant sent "approximately 100
emails" to complainant for no legitimate purpose, the email response sent to defendant, stating, in
pertinent part, that "this account functions exclusively for work-related bookings," was
insufficient to show that defendant was "clearly" informed to cease that conduct. Nor, in any
event, is there any allegation that defendant continued the offending conduct after the email
response was sent.
All concur.
THIS CONSTITUTES THE DECISION AND ORDER OF THE COURT.

Clerk of the Court
Decision Date: April 27, 2021